1  STEVEN G. KALAR
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant CONERLY

**FILED**

JAN 0 8 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 13-00717 JST |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE TO FEBRUARY 14, 2014 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) | |
| DAVID CONERLY, | ) | Hearing Date: January 10, 2014 |
| Defendant. | ) | Time:        9:30 a.m. |

The above-captioned matter is set on January 10, 2014 before this Honorable Court for a status hearing. The parties jointly request that the Court continue this matter to February 14, 2014, at 9:30 p.m., and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between January 10, 2014 and February 14, 2014, so that the defense can have additional time to research and to investigate this case.

On October 31, 2013, the Grand Jury charged defendant in one count as a felon in possession of a firearm, a violation of 18 U.S.C. § 922(g). Mr. Conerly faces a maximum sentence of 10 years for this offense. On November 25, 2013, Mr. Conerly made an initial

1  appearance and was arraigned on the Indictment. On December 2, 2013, the magistrate court
2  ordered Mr. Conerly detained pending trial.
3  　　　　The upcoming status conference would be a first district court appearance for Mr.
4  Conerly. The defense requests that the Court continue this matter to give defense counsel
5  additional time to review the discovery, to meet with Mr. Conerly and to investigate the case to
6  determine whether there is a sufficient legal and factual basis to present the Court with a motion
7  to suppress. The defense also needs additional time to collect prior conviction and parole records
8  and to research and assess the Guidelines applicable to Mr. Conerly. For these reasons, the
9  defense requests additional time to prepare, and the parties agree that it is appropriate to continue
10 this case until February 14, 2014.
11 　　　　The parties stipulate and agree that the ends of justice served by this continuance
12 outweigh the best interest of the public and the defendant in a speedy trial. The parties further
13 agree that the failure to grant this continuance would unreasonably deny counsel for defendant
14 the reasonable time necessary for effective preparation, taking into account the exercise of due
15 diligence.
16 　　　　Accordingly, the parties agree that the period of time from January 10, 2014 until
17 February 14, 2014, should be excluded in accordance with the provisions of the Speedy Trial
18 Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking
19 into account the exercise of due diligence.
20
21 DATED: January 7, 2014　　　　　　　　　　　　　　／S／
　　　　　　　　　　　　　　　　　　　　　　　　　　　MANISH KUMAR
22 　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
23
　　DATED: January 7, 2014　　　　　　　　　　　　　　／S／
24 　　　　　　　　　　　　　　　　　　　　　　　　　　ANGELA M. HANSEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
25
26

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby finds:

1. Given that defense counsel needs additional time to research and to assess a possible motion in this case;

2. Given that the defense needs additional time to research and to investigate defendant's Guidelines calculation;

3. Given that these above-listed tasks are necessary for the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence;

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial;

Based on these findings, it is hereby ordered that the status hearing date of January 10, 2014, scheduled at 9:30 a.m., is vacated and reset for February 14, 2014, at 9:30 a.m., for a status hearing. It is further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from January 10, 2014 until February 14, 2014.

DATED: 1/8/14

THE HONORABLE JON S. TIGAR
United States District Judge