UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-00717 JST (DMR) |
| Plaintiff, | **ORDER DETAINING DEFENDANT PENDING TRIAL** |
| v. | |
| DAVID CONERLY, | |
| Defendant. | |

Defendant David Conerly is charged in an indictment with being a felon in possession of a firearm, in violation of 18 U.S.C. §922(g).  The United States moved for the defendant's detention pursuant to 18 U.S.C. § 3142, and asked for a detention hearing, as permitted by 18 U.S.C. § 3142(f).

On March 5, 2014, following a hearing pursuant to 18 U.S.C. § 3142(f), and considering the Pretrial Services report, the indictment filed in this case, the proffers by both parties, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered the defendant detained, as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the community.  *See* 18 U.S.C. §§ 3142(e) and (f).  In particular, the Court noted the defendant's criminal history, including prior convictions for controlled substance offenses.

Defendant is ordered detained as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person and the community.  Defendant is

No. CR 13-00717 JST (DMR)
DET'N ORDER

1  committed to the custody of the Attorney General or a designated representative for confinement in a
2  corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held
3  in custody pending appeal.  *See* 18 U.S.C. § 3142(i)(2). Defendant must be afforded a reasonable
4  opportunity to consult privately with counsel.  *See* 18 U.S.C. § 3142(i)(3).  On order of a court of the
5  United States or on request of an attorney for the government, the person in charge of the corrections
6  facility must deliver defendant to the United States Marshal for a court appearance.  *See* 18 U.S.C. §
7  3142(i)(4).

8          IT IS SO ORDERED

10  DATED:  3/11/2014

                                    _____
                                    HONORABLE DONNA M. RYU
                                    UNITED STATES MAGISTRATE JUDGE

No. CR 13-00717 JST (DMR)
DET'N ORDER