STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant CONERLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DAVID CONERLY, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR 13-00717 JST <br><br> STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE, MOTION HEARING DATE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date:   March 14, 2014 <br> Time:  9:30 a.m. |

The above-captioned matter is set on March 14, 2014 before this Court for motion setting, trial setting or change of plea. Defendant is charged with being a felon in possession of a firearm, a violation of 18 U.S.C. § 922(g). He has pleaded not guilty to the Indictment. After reviewing the discovery in this case, Mr. Conerly has decided to file a motion to suppress. For this reason, the parties jointly request that the Court set the requested briefing schedule below and continue the matter to May 23, 2014, at 9:30 a.m., before this Honorable Court for a hearing on the motion. The parties further request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between March 14, 2014 and May 23, 2014, for effective defense preparation and for the Court's consideration of the defense motion that will be filed in this case.

Stip. Req. To Set Briefing Schedule and to
Exclude Time, No. CR-13-00717 JST

1   The defense is continuing to investigate and research this case which involves a search
2   and seizure of Mr. Conerly and the a search of home that he was located inside.  This case also
3   involves the potential suppression of Mr. Conerly's alleged post-arrest statements.  For these
4   reasons the defense requests two weeks to file the opening motion, and the government requests
5   three weeks for a response brief, and the defense further requests two weeks to file a reply brief.
6   In short, the parties are in agreement to the following briefing schedule:
7                   March 28, 2014 – defense opening motion
8                   April 18, 2014 – government opposition
9                   May 2, 2014 – defense reply
10  The parties further request that the Court set this matter for a hearing on the defense
11  motion for May 23, 2014, at which time the Court may decide if an evidentiary hearing is
12  necessary in this case.  The parties further stipulate and agree that the ends of justice served by
13  this continuance outweigh the best interest of the public and the defendant in a speedy trial.  The
14  parties further agree that the failure to grant this continuance would unreasonably deny counsel
15  for defendant the reasonable time necessary for effective preparation, taking into account the
16  exercise of due diligence.  Finally, the parties agree that time may be excluded based on the
17  Court's consideration of the motion that the defense plans to file on March 28, 2014 until the
18  conclusion of the hearing on, or other prompt disposition of, such motion.
19  Accordingly, the parties agree that the period of time from March 14, 2014 until May 23,
20  2014 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
21  3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the
22  exercise of due diligence, and that the period of time until May 23, 2014 should be excluded
23  pursuant to § 3161(h)(1)(D) once the defense motion is filed.
24
25
26

Stip. Req. To Set Briefing Schedule and to
Exclude Time, No. CR-13-00717 JST        2

1 | DATED: March 12, 2014             /S/
2 |                                                MANISH KUMAR
                                               Assistant United States Attorney

3

4 | DATED: March 12, 2014             /S/
                                               ANGELA M. HANSEN
5 |                                                Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the defense plans to file a motion to suppress and needs additional time to research and to investigate that motion;

2. Given that the parties have agreed on a reasonable briefing schedule and the defense will file an opening motion by March 28, 2014;

3. Given that the defense preparation of the motion is necessary for the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial.

Based on these findings, IT IS HEREBY ORDERED that the motion, trial setting or change of plea hearing date of March 14, 2014, scheduled at 9:30 a.m., is vacated and this matter is reset to ~~May 23, 2014, at 9:30 a.m.~~ May 27, 2014 at 2:00 p.m., for hearing on a defense motion to suppress. The defense opening motion is due on March 28, 2014; the government's opposition is due on April 18, 2014; and the defense reply brief is due on May 2, 2014. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from March 14, 2014 until ~~May 23, 2014~~ May 27, 2014. Time is excluded also pursuant to § 3161(h)(1)(D) once the defense motion is filed on March 28, 2014 until the conclusion of the hearing on, or other prompt disposition of, such motion.

DATED: March 13, 2014

_____
THE HONORABLE JON S. TIGAR

*IT IS SO ORDERED AS MODIFIED*
*Judge Jon S. Tigar*

Stip. Req. To Set Briefing Schedule and to
Exclude Time, No. CR-13-00717 JST                                4