MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

MANISH KUMAR (CABN 269493)
Special Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-mail: manish.kumar2@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 4:13-00717 JST |
|     Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER TO SET BRIEFING SCHEDULE AND HEARING DATES, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | |
| DAVID CONERLY, | |
|     Defendant. | |

The defendant wishes to supplement his previously filed motion to suppress (Dkt. #23) and will likely file additional motions in this matter.  The parties jointly request that the Court set the requested briefing schedule below and set a motion hearing for Thursday, October 30, 2014 at 9:30 a.m., as well as an evidentiary hearing on November 25, 2014, at 2:00 p.m., should one be necessary.  The parties further request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between September 16, 2014 and October 30, 2014, for effective defense preparation and for the Court's consideration of the motions that will be filed in this case.

The defense is continuing to investigate and research this case in connection with the anticipated motions.  For these reasons, the defense requests roughly two weeks to file the opening motion, the government requests two weeks for a response brief, and the defense further requests nine days to reply.

STIP. & ~~PROP.~~ ORDER
CR 4:13-00717 JST

1  In short, the parties are in agreement to the following briefing schedule:

2  September 30, 2014 – Defense opening motion

3  October 14, 2014 – Government response

4  October 23, 2014 – Defense reply

5  After consulting with the Courtroom Deputy, the parties further request that the Court set this
6  matter for a hearing on the defense motion for October 30, 2014, and for an evidentiary hearing on
7  November 25, 2014 at 2:00 p.m. on the motion to suppress, should the Court determine that one is
8  necessary.  The parties stipulate and agree that the ends of justice served by this continuance outweigh
9  the best interest of the public and the defendant in a speedy trial.  The parties further agree that the
10 failure to grant this continuance would unreasonably deny defense counsel the reasonable time
11 necessary for effective preparation, taking into account the exercise of due diligence.  Finally, the parties
12 agree that time may be excluded based on the Court's consideration of the motions that the defense
13 plans to file on September 30, 2104 until the conclusion of the hearing on, or other prompt disposition
14 of, all such motions.

15 Accordingly, the parties agree that the period of time from September 16, 2014 until October 30,
16 2014 should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
17 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise
18 of due diligence, and that the period of time from September 30, 2014 should also be excluded pursuant
19 to § 3161(h)(1)(D) once the defense motion is filed until the conclusion of the hearing on, or other
20 prompt disposition of, all such motions.

DATED: September 16, 2014         /s/ MICHAEL STEPANIAN
                                  Counsel for David Conerly

DATED: September 16, 2014         /s/ MANISH KUMAR
                                  Special Assistant United States Attorney

STIP. & ~~PROP.~~ ORDER
CR 4:13-00717 JST                 2

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS:

1. Given that the defense plans to additional motions and needs additional time to research and investigate those motions;

2. Given that the parties have agreed on a reasonable briefing schedule and the defense will file an opening motion by September 30, 2014;

3. Given that the defense preparation of the motion is necessary for the defense preparation of the case and that the failure to grant the requested continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and

4. Given that the ends of justice served by this continuance outweigh the best interest of the public and defendant in a speedy trial.

Based on these findings, IT IS HEREBY ORDERED that a motions hearing date is set for October 30, 2014, at 9:30 a.m., and an evidentiary hearing on the motion to suppress is set for November 25, 2014 at 2:00 p.m., should the Court determine one is necessary. The defense opening motions are due on September 30, 2014; the government's opposition is due on October 14, 2014; and the defense reply brief is due on October 23, 2014. It is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from September 16, 2014 until October 30, 2014. Time is excluded also pursuant to § 3161(h)(1)(D) once the defense motion is filed on October 30, 2014 until the conclusion of the hearing on, or other prompt disposition of, such motion.

DATED: September 17, 2014

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

STIP. & ~~PROP.~~ ORDER
CR 4:13-00717 JST                      3