MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

JENNIFER L. NAEGELE (CBN 232643)
P.O. Box 12375
San Francisco, CA 94112
(415) 519-9116
naegelelaw@gmail.com

Attorneys for Defendant
DAVID CONERLY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 4:13-cr-00717-JST |
| | ) | |
| Plaintiff | ) | **STIPULATION AND ~~PROPOSED~~ ORDER TO SHORTEN TIME FOR HEARING ON DEFENDANT'S MOTION FOR RULE 17(c) SUBPOENA DUCES TECUM TO BERKELEY POLICE DEPARTMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVID CONERLY, | ) | |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

Pursuant to the Court's recent order at Docket No. 73, defendant is re-filing his request for a subpoena duces tecum (SDT) from the Berkeley Police Department as a noticed motion. The request was originally filed as an *ex parte* application on August 26, 2014 at Docket No. 60, though it was served on the U.S. Attorney and filed publicly on ECF/PACER.

Because these materials are relevant to defendant's motion to suppress, currently set for hearing on October 30, 2014, Mr. Conerly wishes to expedite the hearing on the SDT motion in an attempt to obtain the materials before October 30. Therefore, the parties jointly request that the Court shorten time and set the matter for hearing on Wednesday, October 15, 2014 at 9:30 a.m.

-1-

*Stipulation and Proposed Order To Shorten Time for Hearing*
*Case No. CR 4:13-cr-00717-JST*

1  (The Court's clerk has indicated this is an available time for such hearing.) The parties further
2  request that the Court allow the government to file a response, should it choose to do so, by
3  Monday, October 13, 2014.

5  Respectfully submitted,

7  DATED: October 8, 2014                    _____/s/_____
8                                            MICHAEL STEPANIAN
                                             Counsel for David Conerly

10 DATED: October 8, 2014                    _____/s/_____
11                                           MANISH KUMAR
                                             Special Assistant United States Attorney

16 IT IS SO ORDERED.

17 DATED:  October 9, 2014

IT IS SO ORDERED

Judge Jon S. Tigar

-2-

*Defendants' Ex Parte Application for Subpoena for Records from Berkeley PD*
*Case No. CR 4:13-cr-00717-JST*