1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

4 | BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney

5 |     1301 Clay Street, Suite 340S
    Oakland, California 94612

6 |     Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724

7 |     E-Mail: brian.lewis@usdoj.gov

8 | Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 13-0717 JST |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL DATE AND SET STATUS CONFERENCE** |
| v. | ) | |
| DAVID CONERLY, | ) | |
| Defendants. | ) | |

Trial is set to begin in this matter on January 12, 2015. The pretrial conference is scheduled for December 19, 2014, and the parties' pretrial filings are due on December 12, 2014. Yesterday, the Court issued a ruling granting the defendant's motion to suppress, excluding "the physical evidence obtained as a result of [Conerly's] arrest, including the gun found in the home, as well as all subsequent statements made by Conerly while in police custody." Dkt. 97. Accordingly, with the agreement of counsel for both parties and the defendant, the Court now finds and holds as follows:

    1.    The trial, pretrial conference, and pretrial filing deadlines are VACATED.

//

//

//

STIP AND PROPOSED ORDER SETTING STATUS
CR 13-0717 JST                               1

2. The pretrial conference set for Friday, December 19, 2014 at 2:00 p.m. will proceed as a status conference.

IT IS SO STIPULATED.

DATED: December 9, 2014

/s/
MICHAEL STEPANIAN
Counsel for David Conerly

DATED: December 9, 2014

/s/
BRIAN C. LEWIS
Assistant United States Attorney

IT IS SO ORDERED.

DATED:  December 10, 2014

JON S. TIGAR
United States District Judge

STIP AND PROPOSED ORDER SETTING STATUS
CR 13-0717 JST                                           2