1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant Untied States Attorney
5  MANISH KUMAR (CABN 269493)
   Special Assistant United States Attorney
6        1301 Clay Street, Suite 340S
         Oakland, California 94612
7        Telephone: (510) 637-3680
         Facsimile: (510) 637-3724
8        E-mail: brian.lewis@usdoj.gov

9  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 4:13-00717 JST |
|---|---|
| Plaintiff, | ) **STIPULATION AND PROPOSED ORDER TO CONTINUE STATUS HEARING** |
| v. | ) |
| DAVID CONERLY, | ) |
| Defendant. | ) |

This matter is currently set for a status conference on January 16, 2015. After consulting with the Courtroom Deputy regarding the Court's schedule, the parties jointly request that the Court continue the status hearing to April 10, 2015. The defendant's Motion for Release from Custody (Dkt. #107) is currently pending before Magistrate Judge Ryu. Should it become necessary for this Court to consider the detention issue, the parties will file a stipulated request to set a briefing schedule and advance the status hearing date.

On January 6, 2015, the government has filed a protective notice of appeal (Dkt. #109) regarding

//

//

STIP. & PROP. ORDER
CR 4:13-00717 JST                     1

the Court's Order Granting Motion to Suppress (Dkt. #97).   The government's opening brief is due April 7, 2015.  Accordingly, time is automatically excluded from computation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(C).

DATED: January 15, 2015        /s/ MICHAEL STEPANIAN
                               Counsel for David Conerly

DATED: January 15, 2015        /s/ MANISH KUMAR
                               Special Assistant United States Attorney

**ORDER**

Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED that the status conference currently set for January 16, 2015 is continued to April 10, 2015.

DATED: January 15, 2015

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE