```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    DAVID R. CALLAWAY (CABN 121782)
 3  Chief, Criminal Division

 4  BRIAN C. LEWIS (DCBN 476851)
    Assistant Untied States Attorney
    MANISH KUMAR (CABN 269493)
 5  Special Assistant United States Attorney
            1301 Clay Street, Suite 340S
 6          Oakland, California 94612
            Telephone: (510) 637-3680
 7          Facsimile: (510) 637-3724
            E-mail: manish.kumar@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 4:13-00717 JST |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM COMPUTATION UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 *ET SEQ.*** |
| v. | |
| DAVID CONERLY, | |
| Defendant. | |

The parties appeared before this Court on October 30, 2014 for a motions hearing. At the defendant's request, the Court continued the hearing on the motion to suppress evidence to November 24, 2014 to allow sufficient time for the defense to obtain certain police records by subpoena. (Dkt. #87, Corrected Criminal Minutes, at 1.) The parties stipulated to an exclusion of time for effective preparation of counsel, and the Court directed the government to prepare a written order.

Subsequently, the parties appeared before the Court on December 19, 2014 for a status conference following the Court's order granting the motion to suppress. The government indicated that it was undertaking a review of the record to determine whether it would appeal the Court's order. Accordingly, the matter was set for a further status hearing on January 16, 2015. (Dkt. #105, Criminal

No. CR 4:13-00717 JST
ORDER EXCLUDING TIME                           1

1  Minutes.) The parties stipulated to an exclusion of time for effective preparation of counsel, and the
2  Court directed the government to prepare a written order.
3      The Court finds that the ends of justice served by granting the continuances described above
4  outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C.
5  §3161(h)(7)(A). Failing to exclude the time between October 30, 2014 and November 24, 2014 would
6  unreasonably deny the defendant reasonable time necessary for effective preparation, taking into
7  account the exercise of due diligence, given the need for the defense to receive certain subpoenaed
8  police records. 18 U.S.C. § 3161(h)(7)(B)(iv). Similarly, failing to exclude the time between the time
9  period between December 19, 2014 and January 16, 2015 would unreasonably deny the government the
10 reasonable time necessary for effective preparation, given the need for the government to undertake
11 research and investigation to determine whether it will pursue an interlocutory appeal. *Id.*
12     Based on these findings, IT IS HEREBY ORDERED that the time periods from October 30,
13 2014 until November 24, 2014, as well as from December 19, 2014 until January 16, 2015, are excluded
14 from computation under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).
15     IT IS SO STIPULATED.

DATED: February 3, 2015         /s/
16                              MICHAEL STEPANIAN
                                Counsel for David Conerly
17

18
DATED: February 3, 2015         /s/
19                              MANISH KUMAR
                                Special Assistant United States Attorney
20

21
**IT IS SO ORDERED**.
22

23 DATED: February 5, 2015



No. CR 4:13-00717 JST
ORDER EXCLUDING TIME           2