1  MICHAEL STEPANIAN
   Attorney at Law (CSBN 037712)
2  819 Eddy Street
   San Francisco, CA 94109
3  Telephone: (415) 771-6174
   Facsimile:  (415) 474-3748
4
   Attorney for Defendant
5  DAVID CONERLY

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11
   UNITED STATES OF AMERICA,
12                                              No. 4:13-cr-00717-JST
             Plaintiff,
13                                              **STIPULATION AND [PROPOSED]**
        vs.                                     **ORDER TO CHANGE TIME OF**
14                                              **STATUS HEARING**
   DAVID CONERLY,
15
             Defendant.
16
   _____/
17

18      Defendant David Conerly, by and through his counsel of record Michael Stepanian,

19 hereby requests an order changing the time of the Status Hearing presently set for April 10, 2015

20 at 9:30 a.m.  We request that the matter to be added to the afternoon calendar on April 10, 2015

21 at 2:00 p.m.  Assistant U.S. Attorney Brian Lewis has been contacted and has no objection to this

22 request.

23                                         Respectfully submitted,

24

25

26 Date: March 20, 2015              /s/ Michael Stepanian
                                     MICHAEL STEPANIAN
27                                   Attorney for Defendant
                                     DAVID CONERLY
28

   STIPULATION AND [PROPOSED] ORDER TO CHANGE TIME OF STATUS HEARING

1
2
3
4   **IT IS SO ORDERED**:
5
6   Dated: March __23__ , 2015
7
8

