1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5
         1301 Clay Street, Suite 340S
6        Oakland, California 94612
         Telephone: (510) 637-3680
7        Facsimile:  (510) 637-3724
         Email: brian.lewis@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,           )  NO.  CR-13-00717 JST
14                                      )
         Plaintiff,                    )  **NOTICE OF DISMISSAL**
15                                      )
      v.                               )
16                                      )
   DAVID CONERLY,                      )
17                                      )
         Defendant.                    )
18  _____)

19       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

20  States dismisses the Indictment in the above-captioned case.

21  DATED:  April 9, 2015                      Respectfully submitted,

22                                             MELINDA HAAG
                                               United States Attorney
23

24

25                                                      /s/
                                               BRIAN C. LEWIS
26                                             Assistant United States Attorney

27  //

28  //

NOTICE OF DISMISSAL AND [PROPOSED] ORDER
CR 13-00717 JST                           1

1 **[PROPOSED] ORDER**

2  Leave is granted to the United States to dismiss the Indictment.  It is further ordered that any
3 proceedings in this case are vacated.

4

5 Date:  April 10, 2015

_____
JON S. TIGAR
6 United States Senior District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL AND [PROPOSED] ORDER
CR 13-00717 JST                          2