MICHAEL STEPANIAN
Attorney at Law (CSBN 037712)
819 Eddy Street
San Francisco, CA 94109
Telephone: (415) 771-6174
Facsimile:  (415) 474-3748

Attorney for Defendant
DAVID CONERLY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>DAVID CONERLY<br><br>         Defendant. | CR. No. 4:13-cr-00717-JST<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO RETURN PROPERTY** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the funds seized from defendant incident to his arrest in this case be returned to Mr. Conerly pursuant to Federal Rule of Criminal Procedure 41(g). Currency in an amount of $1,003.00 was seized on February 22, 2013, and is currently being held by the Berkeley Police Department, Property Control Case No. 2013-00010403.

//

//

//

//

*Stipulation and [Proposed] Order to Return Property*
*United States v. Conerly, Case No. 4:13-cr-00717-JST*

Respectfully submitted,

DATED: May 11, 2015          /s/ Michael Stepanian
                             MICHAEL STEPANIAN
                             Counsel for David Conerly


DATED: May 11, 2015          /s/ Manish Kumar
                             MANISH KUMAR
                             Special Assistant United States Attorney


IT IS SO ORDERED.


DATED: May 12, 2015          _____
                             HONORABLE JON S. TIGAR
                             UNITED STATES DISTRICT JUDGE

*Stipulation and [Proposed] Order to Return Property*
*United States v. Conerly, Case No. 4:13-cr-00717-JST*